IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Case No. 1:13-CV-13(WLS) |
| Plaintiff, | * | Filed at 11:15 A.M., 3/7, 2014 |
| v. | * | Deputy Clerk, U.S. District Court Middle District of Georgia |
| $2,685 IN UNITED STATES FUNDS | * | |
| First-named Defendant property, | * | |
| ONE 2006 GMC SIERRA K1500, VIN: 2GTEK63N261350012 | * | |
| | * | |
| Second named Defendant property | * | |

## NOTICE OF WITHDRAWAL OF CLAIMS TO SEIZED PROPERTY

COME NOW the Claimants, Khalif Walters and Christine Walters, having previously filed claims to recover the above-referenced property, hereby give notice that they withdraw all claims previously made by them for the recovery and possession of said property.

Respectfully submitted,

W. McCALL CALHOUN, JR.
Georgia Bar No. 103915
Attorney for Claimants

W. McCALL CALHOUN, P.C.
423 South Lee Street
Americus, Georgia 31709
Tel. 229-380-0569
Email: wmcalhoun@gmail.com

Filed at 9:15 A.M., 3/14, 2014
Deputy Clerk, U.S. District Court
Middle District of Georgia

SO ORDERED this 12th day of March 2014
W. Louis Sands, Judge
United States District Court